IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CENTURY FIRE PROTECTION, LLC, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:23-cv-00237 |
| | ) | |
| M.C. DEAN INCORPORATED, | ) | JUDGE CAMPBELL |
| LIBERTY MUTUAL INSURANCE | ) | MAGISTRATE JUDGE FRENSLEY |
| COMPANY, and ARCH INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
|   Defendants. | ) | |

## ORDER

Plaintiff has filed a Notice of Dismissal with Prejudice (Doc. No. 37) and a proposed Order of Dismissal with Prejudice (Doc. No. 38) stating that this case should be dismissed with prejudice. Accordingly, this case is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE